No. 314.   BARNES ET AL. *v.* COMMISSIONER OF IN-
TERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.
*George D. Crowley* for petitioners.   *Solicitor General
Griswold* and *Assistant Attorney General Walters* for
respondent.

No. 319.   CROUGHAN *v.* MURPHY, POLICE COMMIS-
SIONER OF THE CITY OF NEW YORK.   App. Div., Sup. Ct.
N. Y., 2d Jud. Dept.   Certiorari denied.   *Denis M. Hur-
ley* and *John F. Haggerty* for petitioner.   *J. Lee Rankin,
Stanley Buchsbaum,* and *Edmund B. Hennefeld* for
respondent.

No. 322.   MONTECATINI EDISON S. P. A. *v.* E. I. DU
PONT DE NEMOURS & Co.   C. A. 3d Cir.   Certiorari
denied.   *Edward S. Irons* and *Mary Helen Sears* for peti-
tioner.   *James M. Tunnell, Jr.,* for respondent.

No. 323.   MCCARTY *v.* UNITED STATES.   C. A. 10th
Cir.   Certiorari denied.   *John C. Moran* for petitioner.
*Solicitor General Griswold, Assistant Attorney General
Walters,* and *Joseph M. Howard* for the United States.

No. 325.   FRANCO *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.   *Richard Kanner* for petitioner.
*Solicitor General Griswold, Assistant Attorney General
Wilson,* and *Beatrice Rosenberg* for the United States.

No. 328.   STUYVESANT INSURANCE Co. *v.* UNITED
STATES.   C. A. 8th Cir.   Certiorari denied.   *Dean E.
Richards* and *James Manahan* for petitioner.   *Solicitor
General Griswold* for the United States.